Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★   ★   ★                                    ★   ★   ★

# MEMORANDUM OPINION

No. 04-08-00838-CR

Justin Michael **BOND**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2005CR2773
Honorable Raymond Angelini, Judge Presiding

Opinion by:    Marialyn Barnard, Justice

Sitting:       Rebecca Simmons, Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  July 1, 2009

AFFIRMED

Justin Michael Bond pled true to violating the conditions of his deferred adjudication

community supervision.  His guilt was adjudicated, and he was sentenced to six years imprisonment.

Bond's court-appointed attorney filed a brief containing a professional evaluation of the record in

accordance with *Anders v. California*, 386 U.S. 738 (1967).  Counsel concludes that the appeal has

no merit.  Counsel provided Bond with a copy of the brief and informed him of his right to review

the record and file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Bond did not file a *pro se* brief.

After reviewing the record and counsel's brief, we agree that the appeal is frivolous and without merit.[1] The judgment of the trial court is affirmed. Appellate counsel's motion to withdraw is granted. *Nichols v. State*, 954 S.W.2d at 86; *Bruns* 924 S.W.2d at 177 n.1. No substitute counsel will be appointed. Should Bond wish to seek further review of this case by the Texas Court of Criminal Appeals, Bond must either retain an attorney to file a petition for discretionary review or Bond must file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the date of either this opinion or the last timely motion for rehearing that is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with this court, after which it will be forwarded to the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3, 68.7. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4

Marialyn Barnard, Justice

DO NOT PUBLISH

---

[1] We note that the trial court filed an amended Trial Court's Certification of Defendant's Right of Appeal in this court on November 19, 2008, certifying that the underlying case "is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal."